– 1 –

Brett M. Godfrey
GODFREY | JOHNSON, P.C.
9447 S. Kingston Court
Englewood, CO 80112
Telephone:    (303) 228-0700
Facsimile:    (303) 228-0701
godfrey@gojolaw.com
*Attorneys for Defendant*
  *Rocky Wayne Hoffschneider*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

Civil Action No. 12CV059-J

---

**MICHAEL A. DURLACHER, and**
**DAVID L. DURLACHER, Co-Personal Representatives**
**of the Estate of LINDSEY C. DURLACHER,**

    Plaintiffs,

v.

**ROCKY WAYNE HOFFSCHNEIDER and**
**JOHN DOES 1-10,**

    Defendants.

---

### NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS

---

Defendant Rocky Wayne Hoffschneider respectfully advises this Honorable Court and the parties hereto that he has no objection to the relief requested by Plaintiffs in their Motion to Dismiss filed on July 9, 2013 (Doc. No. 71).

– 2 –

Dated this 15th day of July, 2013.

           GODFREY | JOHNSON, P.C.

           /s/ Brett M. Godfrey
           Brett M. Godfrey
           9557 S. Kingston Court
           Englewood, CO 80112
           Phone:  (303) 228-0700
           Fax:     (303) 228-0701
           godfrey@gojolaw.com
           *Attorney for Defendant, Rocky Wayne Hoffschneider*

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2013, I electronically served the foregoing to the following e-mail address:

Jason Tangeman

Phil Nicholas

           GODFREY | JOHNSON, P.C.

           /s/ Brett M. Godfrey
           Brett M. Godfrey
           9557 S. Kingston Court
           Englewood, CO 80112
           Phone:  (303) 228-0700
           Fax:     (303) 228-0701
           godfrey@gojolaw.com
           *Attorney for Defendant, Rocky Wayne Hoffschneider*